**TROWEL TRADES SUPPLY, INC. v. Richard MAESTRELLI, No. 154-76**

February 17, 1977. The evidence in this case supports the finding and conclusion of the trial court that the charges in question were made by plaintiff to the credit of defendant individually, and delivery of the goods taken by defendant with knowledge of this fact. Judgment affirmed. *Diamond National Corp.* v. *Szerbik*, 129 Vt. 452, 282 A.2d 806 (1971).

**Norbert FLANDERS, as father and survivor of Charles Robert Flanders v. TOWN OF PROCTOR, Proctor School District, Town of Proctor School Directors, Town of Chittenden, Rutland Central Supervisory Union, No. 150-76**

February 17, 1977. Motion for Reargument denied.

**RE QUEEN CITY TAP CONDEMNATION CASES, No. 351-76**

February 17, 1977. The suspension of the Public Service Board order dated November 10, 1976, shall remain in effect until further order of this, Court, subject to the right of surveying parties to enter upon the land involved for survey purposes consistent with the provisions of 19 V.S.A. § 300, except that no trees shall be cut or ornamental plants or shrubs disturbed.

**Remo SEGALLA, Appellant v. UNITED STATES FIRE INSURANCE COMPANY, William C. Ryan, Mable Ryan, Gerry Smith, James Martel, Rutland Foundations, Inc., No. 96-76**

February 28, 1977. Appeal dismissed with prejudice relative to defendants, William C. Ryan, Mable Ryan, Gerry Smith, James Martel and Rutland Foundations, Inc., but not against United States Fire Insurance Company, by stipulation of the parties filed with the Supreme Court on February 25, 1977.

**STATE of Vermont v. Ralph Q. BROLL, Appellant, No. 289-75**

February 28, 1977. Appeal dismissed for lack of progress.

**Robert A. LYON, Appellant v. Helen J. LYON, No. 293-76**

March 11, 1977. Appeal dismissed for lack of progress.

**Mary Catherine KING, Appellant v. VERMONT ELECTRIC SUPPLY COMPANY, INC., No. 167-76**

March 11, 1977. Appeal dismissed for lack of progress.